■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR D. MATHES, Appellant. [892 NYS2d 880]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Braslow, J.), rendered July 25, 2008, convicting him of burglary in the third degree and possession of burglar's tools, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

As a threshold matter, the defendant's challenge to the legal sufficiency of the evidence supporting his conviction is unpreserved for appellate review (*see People v Hawkins*, 11 NY3d 484, 492 [2008]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see* CPL 470.15 [5]; *People v Taylor*, 94 NY2d 910, 911 [2000]).

Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7

NY3d 633 [2006]). Skelos, J.P., Angiolillo, Balkin and Lott, JJ., concur.